UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

TOWER HILL PRIME
INSURANCE COMPANY,

    Plaintiff,

v.           Case No. 2:21-cv-350-JLB-NPM

THERMA-STOR LLC,

    Defendant.

| **Judge:** | Nicholas P. Mizell | **Counsel for Plaintiff** | Mary Grecz |
|---|---|---|---|
| **Deputy Clerk:** | Wendy Winkel | **Counsel for Defendant:** | Brian C. Hough<br>Traci McKee |
| **Court Reporter** | Digital | **Interpreter** | n/a |
| **Date/Time** | June 24, 2021<br>10:45- 10:54 AM | **Total Time** | 9 minutes |

Court discussed case management and scheduling deadlines and other issues regarding case management.

Oral motion for extension of time to file a notice of selected mediator. Court grants motion. Within 2 weeks, parties are directed to file a notice of selected mediator who is certified in the Middle District. If the selected mediator is not certified in the Middle District, briefly explain in the notice why that mediator was chosen.

Oral motion by Plaintiff to set a Fabre notice deadline. Court grants motion. Deadline is October 15, 2021.

Scheduling Order to issue.